# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00956-CV

### In re Rain Levy Minns Udall

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: January 30, 2026